UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x  MH8329

AHMED BELARBI,

                  Plaintiff,

      - against -

ROYAL AIR MAROC,

                  Defendant.

---------------------------------------- x

Civil Action No.
08 Civ 6619 (LBS)

**ANSWER**

Defendant ROYAL AIR MAROC ("RAM"), by and through its attorneys Condon & Forsyth LLP as and for its Answer to the Notice of Claim and Summons to Appear:

1. Denies the allegations in the Notice of Claim and Summons to Appear.

**AS AND FOR A FIRST SEPARATE AND
COMPLETE AFFIRMATIVE DEFENSE**

2. The Notice of Claim and Summons to Appear fails to state a claim upon which relief can be granted.

**AS AND FOR A SECOND SEPARATE
AND COMPLETE AFFIRMATIVE DEFENSE**

3. The transportation out of which the subject matter of this action arose was "international transportation" within the meaning of the Convention for the Unification of Certain Rules for International Carriage by Air, opened for signature on 29 May 1999 *reprinted in* S. Treaty Doc. 106-45, 1999 WL 33292834 (entered into force November 4, 2003) (hereinafter "Montreal Convention") and the rights of the parties are subject to, limited by or barred pursuant to the provisions of the Montreal Convention.

WHEREFORE, defendant ROYAL AIR MAROC demands judgment dismissing the Notice of Claim and Summons to Appear in its entirety or, together with the costs and disbursements of this action and such other and further relief which this Court deems just and proper.

Dated: New York, New York
      July 25, 2008

CONDON & FORSYTH LLP

By *[signature]*
Michael J. Holland
MH 8329
 A Partner of the Firm
Attorneys for Defendant
ROYAL AIR MAROC
7 Times Square
New York, New York 10036
(212) 490-9100

TO:  Mr. Ahmed Belarbi
      Plaintiff *Pro Se*
      184 E. 3rd Street
      Apartment 2F
      New York, New York 10009
      (347) 685-4693

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

     Mary Ann Rooney, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens, New York. That on the 25th day of July, 2008 deponent served the within Answer upon:

    Mr. Ahmed Belarbi
    184 E. 3rd Street
    Apartment 2F
    New York, New York 10009

     At the addresses designated by said individual for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                                          Mary Ann Rooney

Sworn to before me this
25th day of July, 2008

_____
Notary Public

        MICHAEL J HOLLAND
   Notary Public, State of New York
          No. 41-4501283
     Qualified in Nassau County
  Commission Expires August 31, 2009